

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-11-00289-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Criminal Court No. 2 |
| | § | |
| RAFAEL CAMACHO, III, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20110C01928) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the conviction and remand the cause for new trial, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Rodriguez, JJ.